# CASE ANNOUNCEMENTS

*March 26, 2010*

[Cite as *03/26/2010 Case Announcements*, 2010-Ohio-1247.]

## MOTION AND PROCEDURAL RULINGS

**2009–1405.   Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–A–1196. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the motion of Fenco Development Co. and Craig Fennel for continuance of oral argument before a master commissioner scheduled for April 1, 2010,
   It is ordered by the court that the motion is denied.

**2010–0367.   State ex rel. LetOhioVote.org v. Brunner.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondent's motion to vacate the judgment entry dated March 25, 2010,
   It is ordered by the court that the motion is denied.
   PFEIFER, J., dissents.

**2010–0415.   State ex rel. New Models v. Brunner.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondent's motion to vacate the judgment entry dated March 25, 2010,
   It is ordered by the court that the motion is denied.
   PFEIFER, J., dissents.

**2010–0421.   State ex rel. Cummings v. Brunner.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondent's motion to vacate the judgment entry dated March 25, 2010,
   It is ordered by the court that the motion is denied.
   PFEIFER, J., dissents.

# CASE ANNOUNCEMENTS

*March 30, 2010*

[Cite as *03/30/2010 Case Announcements*, 2010-Ohio-1302.]